No. 68417.—Antique Import Co. *v.* United States, protest 60/11573(A) (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 68418.—Alexanders Dept. Stores, Inc. *v.* United States, protest 63/2379 (New York).

Opinion by RICHARDSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351), and that the case reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the case of merchandise, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.